DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

AHMED MOHAMED ALI KALIL,

Appellee.

No. 2D22-1143

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Ashley Moody, Attorney General, Tallahassee, and Laurie Benoit-Knox, Senior Assistant Attorney General, Tampa, for Appellant.

Lisa B. McLean of McLean Mitchell Defense, LLC, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.